FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>           Plaintiff, <br>       v. <br> STEVAN JAMES SANCHEZ, <br>           Defendant. | Case No. SA 14-435M <br><br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*No available bail resources; substance abuse history; instant allegations and prior violation suggest lack of amenability to supervision.*

1    and

2    B.    ( X ) The defendant has not met his burden of establishing by clear and convincing
3          evidence that he is not likely to pose a danger to the safety of any other person or the
4          community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:
5          *Criminal history; instant allegations and prior violation suggest lack of amenability to*
6          *supervision.*

7          IT THEREFORE IS ORDERED that the defendant be detained pending further
8    proceedings and/or transfer to the charging district.

10   Dated: __12-8-2014__

            _____
            DOUGLAS F. McCORMICK
            United States Magistrate Judge

2